UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| BRENDAN MURPHY<br>Plaintiff<br><br>v.<br><br>COMMERCIAL RECOVERY SYSTEMS INC.<br>et al<br>Defendants | Civil Docket No. 2:12-cv-305-GZS |

ORDER OF DISMISSAL

Plaintiff having failed to show any cause in response to this Court's Order to Show Cause issued on February 8, 2013, why this action should not be dismissed,

IT IS HEREBY ORDERED that this action be and it is DISMISSED.

SO ORDERED.

Dated this 25th day of February, 2013.

Date: February 25, 2013

/s/ George Z. Singal
George Z. Singal
U.S. District Judge